AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| TAMARA DOUKAS | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| COUNTY OF SAN MATEO et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: COUNTY OF SAN MATEO et al.
    *(Defendant's name)*

A lawsuit has been filed against you.

**SI**

Within ２０ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

DANIEL BERKO, LAW OFFICE OF DANIEL BERKO
819 Eddy Street
San Francisco, CA 94109
Tel: (415)771-6174

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
MARY ANN BUCKLEY

Date: _____      _____
                           Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*