# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Doukas, | 08-02336 SI |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| County of San Mateo, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-02336 SI                                           -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: July 31, 2008

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

*(signature)*

_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-02336 SI                                           -2-

PROOF OF SERVICE

Case Name:      Doukas v. County of San Mateo

Case Number:    08-02336 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 31, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Daniel Berko
> Law Offices of Daniel Berko
> 819 Eddy Street
> San Francisco, CA 94109
> berkolaw@sbcglobal.net
>
> Charles S. Custer
> Gordon & Rees LLP
> Embarcadero Center West
> 275 Battery St., 20th Floor
> San Francisco, CA 94111
> ccuster@gordonrees.com
>
> Jon C. Yonemitsu
> Gordon & Rees LLP
> 275 Battery Street, Suite 2000
> San Francisco, CA 94111
> jyonemitsu@gordonrees.com
>
> Dwight B. Bishop
> Dwight B. Bishop, Inc.

1511 Treat Blvd., Suite 200
Walnut Creek, CA 94598
dbb@sbcglobal.net

Kevin M. Smith
Bradley, Curley, Asiano, Barrabee & Gale, PC
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA 94939
ksmith@professionals-law.com

Peter James VanZandt
Bledsoe, Cathcart, Diestel & Pedersen
601 California Street
16th Floor
San Francisco, CA 94108
pvanzandt@bledsoelaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 31, 2008 in San Francisco, California.

                                          RICHARD W. WIEKING
                                        Clerk
                                        by:    Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov