| | |
|---|---|
| CHARLES S. CUSTER (SBN: 124270) | DWIGHT BISHOP (SBN 037381) |
| ccuster@gordonrees.com | dbb@sbcglobal.net |
| JON C. YONEMITSU (SBN: 199026) | DWIGHT B. BISHOP, INC. |
| jyonemitsu@gordonrees.com | 1511 Treat Blvd., #400 |
| GORDON & REES, LLP | Walnut Creek, CA 94596 |
| Embarcadero Center West | Telephone: (925) 939-2544 |
| 275 Battery Street, Suite 2000 | Facsimile: (925) 939-8366 |
| San Francisco, CA 94111 | |
| Telephone: (415) 986-5900 | |
| Facsimile: (415) 986-8054 | |
| | |
| Attorneys for Defendants | Attorneys for Defendants |
| COUNTY OF SAN MATEO, PENINSULA | PENINSULA HUMANE SOCIETY |
| HUMANE SOCIETY and DEBI DENARDI | and DEBI DENARDI |

KEVIN SMITH (SBN 97920)
ksmith@professionals-law.com
BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 986-8887

Attorneys for Defendants
PENINSULA HUMANE SOCIETY, and
DEBI DENARDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAMARA DOUKAS, an individual, | ) | CASE NO. CV 08-2336 SI |
| | ) | |
| Plaintiff, | ) | **ADR CERTIFICATION BY PARTIES** |
| | ) | **AND COUNSEL** |
| v. | ) | |
| | ) | |
| COUNTY OF SAN MATEO, a public entity; | ) | |
| PENINSULA HUMANE SOCIETY, a private | ) | |
| non-profit organization; DEBI DENARDI, an | ) | |
| individual; KIM HADDAD, an individual, and | ) | |
| DOES 1 through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's*

-1-

1  *Electronic Case Filing program (ECF) under General Order 45)*;

2      (2)    Discussed the available dispute resolution options provided by the Court and
3  private entities; and

4      (3)    Considered whether this case might benefit from any of the available dispute
5  resolution options.

6  Dated:  August 8, 2008

7                                               / s /
                                       Ken White, President
                                       Peninsula Humane Society

8  Dated:  August 6, 2008                       / s /
                                       Debi DeNardi

Dated: August 4, 2008                       / s /
                                       Michael P. Murphy, Esq.,
                                       County Counsel, County of San Mateo

Dated:  August 4, 2008                   Gordon & Rees LLP

By   / s /
     Jon C. Yonemitsu
     Attorneys for Defendants
     PENINSULA HUMANE SOCIETY,
     DEBI DENARDI and COUNTY OF SAN MATEO

Dated:  August 4, 2008                   Bradley, Curley, Asiano, Barrabee & Gale, PC

By   / s /
     Kevin M. Smith
     Attorneys for Defendants
     PENINSULA HUMANE SOCIETY,
     DEBI DENARDI and COUNTY OF SAN MATEO

Dated:  August 4, 2008                   Dwight B. Bishop, Inc.

By   / s /
     Dwight B. Bishop
     Attorneys for Defendants
     PENINSULA HUMANE SOCIETY,
     DEBI DENARDI and COUNTY OF SAN MATEO

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111