| | |
|---|---|
| CHARLES S. CUSTER (SBN: 124270) <br> ccuster@gordonrees.com <br> JON C. YONEMITSU (SBN: 199026) <br> jyonemitsu@gordonrees.com <br> GORDON & REES, LLP <br> Embarcadero Center West <br> 275 Battery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: (415) 986-5900 <br> Facsimile: (415) 986-8054 | DWIGHT BISHOP (SBN 037381) <br> dbb@sbcglobal.net <br> DWIGHT B. BISHOP, INC. <br> 1511 Treat Blvd., #400 <br> Walnut Creek, CA 94596 <br> Telephone: (925) 939-2544 <br> Facsimile: (925) 939-8366 |
| Attorneys for Defendants <br> COUNTY OF SAN MATEO, PENINSULA <br> HUMANE SOCIETY and DEBI DENARDI | Attorneys for Defendants <br> PENINSULA HUMANE SOCIETY <br> and DEBI DENARDI |

KEVIN SMITH (SBN 97920)
ksmith@professionals-law.com
BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 986-8887

Attorneys for Defendants
PENINSULA HUMANE SOCIETY, and
DEBI DENARDI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAMARA DOUKAS, an individual, | ) | CASE NO. CV 08-2336 SI |
| | ) | |
| Plaintiff, | ) | **ADR CERTIFICATION BY PARTIES** |
| | ) | **AND COUNSEL** |
| v. | ) | |
| | ) | |
| COUNTY OF SAN MATEO, a public entity; <br> PENINSULA HUMANE SOCIETY, a private <br> non-profit organization; DEBI DENARDI, an <br> individual; KIM HADDAD, an individual, and <br> DOES 1 through 50, inclusive, | ) <br> ) <br> ) <br> ) <br> ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's*

*Electronic Case Filing program (ECF) under General Order 45);*

  (2) Discussed the available dispute resolution options provided by the Court and private entities; and

  (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:  August 8, 2008

                 / s /
                 Ken White, President
                 Peninsula Humane Society

Dated:  August 6, 2008

                 / s /
                 Debi DeNardi

Dated: August 4, 2008

                 / s /
                 Michael P. Murphy, Esq.,
                 County Counsel, County of San Mateo

Dated:  August 4, 2008           Gordon & Rees LLP

                By / s /
                 Jon C. Yonemitsu
                 Attorneys for Defendants
                 PENINSULA HUMANE SOCIETY,
                 DEBI DENARDI and COUNTY OF SAN MATEO

Dated:  August 4, 2008           Bradley, Curley, Asiano, Barrabee & Gale, PC

                By / s /
                 Kevin M. Smith
                 Attorneys for Defendants
                 PENINSULA HUMANE SOCIETY,
                 DEBI DENARDI and COUNTY OF SAN MATEO

Dated:  August 4, 2008           Dwight B. Bishop, Inc.

                By / s /
                 Dwight B. Bishop
                 Attorneys for Defendants
                 PENINSULA HUMANE SOCIETY,
                 DEBI DENARDI and COUNTY OF SAN MATEO

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111