| | |
|---|---|
| CHARLES S. CUSTER (SBN: 124270) | DWIGHT BISHOP (SBN 037381) |
| ccuster@gordonrees.com | dbb@sbcglobal.net |
| JON C. YONEMITSU (SBN: 199026) | DWIGHT B. BISHOP, INC. |
| jyonemitsu@gordonrees.com | 1511 Treat Blvd., #400 |
| GORDON & REES, LLP | Walnut Creek, CA 94596 |
| Embarcadero Center West | Telephone: (925) 939-2544 |
| 275 Battery Street, Suite 2000 | Facsimile: (925) 939-8366 |
| San Francisco, CA 94111 | |
| Telephone: (415) 986-5900 | |
| Facsimile: (415) 986-8054 | |
| | |
| Attorneys for Defendants | Attorneys for Defendants |
| COUNTY OF SAN MATEO, PENINSULA | PENINSULA HUMANE SOCIETY |
| HUMANE SOCIETY and DEBI DENARDI | and DEBI DENARDI |

KEVIN SMITH (SBN 97920)
ksmith@professionals-law.com
BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 986-8887

Attorneys for Defendants
PENINSULA HUMANE SOCIETY, and
DEBI DENARDI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DOUKAS, an individual, | CASE NO. CV 08-2336 SI |
| Plaintiff, | **CASE MANAGEMENT CONFERENCE STATEMENT SUBMITTED BY DEFENDANTS COUNTY OF SAN MATEO, PENINSULA HUMANE SOCIETY AND DEBI DENARDI** |
| v. | |
| COUNTY OF SAN MATEO, a public entity; PENINSULA HUMANE SOCIETY, a private non-profit organization; DEBI DENARDI, an individual; KIM HADDAD, an individual, and DOES 1 through 50, inclusive, | Date: August 15, 2008<br>Time: 2:00 p.m.<br>Ctrm: 10 |
| Defendants. | Complaint Filed: May 6, 2008 |

Defendants COUNTY OF SAN MATEO, PENINSULA HUMANE SOCIETY and DEBI DENARDI ("Filing Defendants") respectfully submit this separate Case Management Statement which incorporates the Standing Order for All Judges of the Northern District of California.

Plaintiff TAMARA DOUKAS is represented by Daniel Berko, Esq.

-1-

ACEW/1044510/5864560v.1

CASE MANAGEMENT CONFERENCE STATEMENT    CASE NO. CV 08-02336 SI

1    Defendants COUNTY OF SAN MATEO, PENINSULA HUMANE SOCIETY and DEBI DENARDI are represented by Charles S. Custer, Esq. and Jon C. Yonemitsu, Esq. of Gordon & Rees, LLP.

Defendants PENINSULA HUMANE SOCIETY and DEBI DENARDI are also represented by Kevin Smith, Esq., of Bradley, Curley, Asiano, Barrabee & Crawford, P.C. and Dwight B. Bishop, Esq., of Dwight B. Bishop, Inc.

Defendants DR. KIM HADDAD, KKH, INC. and SPIKE REAL ESTATE (hereinafter, "Dr. Haddad") are represented by Peter J. Van Zandt, Esq. and Brian S. Whittemore, Esq. of Bledsoe, Cathcart, Diestel, Pederson & Treppa LLP.

1.   Jurisdiction:

Plaintiff alleges, among other things, violation of the Fourth Amendment to the United States Constitution and violation of 42 U.S.C. 1983 relating to the euthanization of her pet dog.

2.   Facts:

This case arises out of the humane euthanization of plaintiff's Alaskan Malumute ("Kodiak"). On August 2, 2006, plaintiff contends she brought Kodiak to the San Mateo Animal Hospital for treatment of lethargy and decreased appetite. Two veterinarians (one being Dr. Haddad) examined Kodiak and based on the severe symptoms exhibited by the dog, as well as plaintiff's admissions concerning the physical condition of the dog, both veterinarians concluded Kodiak was gravely ill and appeared to be dying.

Plaintiff was in denial and refused to acknowledge the severity of Kodiak's condition and grave prognosis. Animal control officer Denardi was called to assist with the situation. Upon her independent examination of Kodiak, Officer Denardi also concluded Kodiak was gravely ill, was suffering immensely and was of the opinion based on her experience and training that continuance of the life of Kodiak was inhumane. Although now disputed by plaintiff, it is alleged plaintiff consented to euthanizing Kodiak given the grave prognosis.

Filing Defendants contend the euthanization of Kodiak was justified, proper and humane in light of the symptoms exhibited by Kodiak and the grave prognosis.

3.  Legal Issues:

Whether plaintiff can recover actual damages for the loss of Kodiak, as well as damages for emotional distress damages for loss of personal property. Filing Defendants dispute any basis for liability and damages claimed by plaintiff. Filing Defendants additionally contend plaintiff's complaint includes allegations in violation of Rule 11 of the Federal Rules of Civil Procedure. Filing Defendants have attempted to meet and confer with plaintiff's counsel regarding the alleged violations without success. Filing Defendants intend to seek the Court's assistance in this regard and intend to request sanctions against plaintiff's counsel under Rule 11. Filing Defendants further intend to file a motion for judgment on the pleadings as there is no basis of liability based on the allegations set forth in applicable cause of action.

4.  Motions:

Filing Defendants anticipate filing a Motion For Judgment on the Pleadings, Motion For Summary Judgment and a Motion for sanctions and other applicable remedy pursuant to Rule 11. There are no pending motions at this time.

5.  Amendment of Pleadings:

Plaintiff's counsel has not indicated an amendment is expected at this time.

6.  Evidence Preservation:

All relevant x-rays and medical records of Kodiak have been previously produced in the state court action and preserved.

7.  Disclosures:

The parties have not exchanged initial disclosures.

8.  Discovery:

Filing Defendants propose the following Discovery Plan:

| Discovery | Party | Date |
| --- | --- | --- |
| Interrogatories to Plaintiff | Filing Defendants | September 2008 |
| Document Requests | Filing Defendants | September 2008 |
| Deposition of Plaintiff | Filing Defendants | December 2008 |
| Depositions of Witnesses | Filing Defendants | December 2008 |

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

9. <u>Class Actions:</u>

Not Applicable.

10. <u>Related Cases:</u>

There is currently a related state Court Case in the San Mateo County Superior Court, Case No. 461009.

11. <u>Relief:</u>

Plaintiff seeks unspecified damages relating to the loss of her dog (property) and resulting emotional distress damages. Filing Defendants dispute all liability and plaintiff's claim for damages.

12. <u>Settlement and ADR:</u>

The parties have stipulated to participation in the federal court's mediation program.

13. <u>Consent to Magistrate Judge For All Purposes:</u>

Filing Defendants defer its decision on consent at this time.

14. <u>Other References:</u>

Filing Defendants do not believe this case is suitable for arbitration.

15. <u>Narrowing of Issues:</u>

None at this time.

16. <u>Expedited Schedule:</u>

Filing Defendants do not believe this case is should be handled on an expedited basis.

17. <u>Scheduling:</u>

| <u>Action</u> | <u>Proposed Date</u> |
|---|---|
| Designation of Experts: | June 2009 |
| Discovery Cutoff: | July 2009 |
| Hearing of Dispositive Motions: | July 2009 |
| Pretrial Conference: | September 2009 |
| Trial: | September 2009 |

18. <u>Trial:</u>

Filing Defendants request a jury trial and anticipate trial will last between 3-5 days.

19. <u>Disclosure of Non-party Interested Entities or Persons:</u>

Filing Defendants are not aware of other entities with known interests in the outcome of this matter.

20. <u>Other Matters:</u>

None at this time.

Dated: August 8, 2008                                Gordon & Rees LLP

By   / s /
   Charles S. Custer
   Jon C. Yonemitsu
   Attorneys for Defendants
   PENINSULA HUMANE SOCIETY,
   DEBI DENARDI and COUNTY OF SAN
   MATEO

-5-
CASE MANAGEMENT CONFERENCE STATEMENT                    CASE NO. CV 08-02336 SI