**Daniel Berko – SBN 94912**
**LAW OFFICE OF DANIEL BERKO**
**819 Eddy Street**
**San Francisco, CA 94109**

**Telephone: (415) 771-6174**
**Facsimile:  (415) 474-3748**

**Attorney for Plaintiff TAMARA DOUKAS**

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISCTRICT OF CALIFORNIA

DIVISION OF SAN FRANCISCO

| | |
|---|---|
| TAMARA DOUKAS, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO, a public entity, PENINSULA HUMANE SOCIETY, a private non-profit organization, DEBI DENARDI, an individual, KIM HADDAD, an individual, KKH INC, a private entity, SPIKE REAL STATE, a private entity, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CV 08 2336 SI<br><br>**PLAINTIFF TAMARA DOUKAS'S INITIAL DISCLOSURES PER RULE 26(a) and 26(f)** |

<u>Witnesses</u>

Tamara Doukas

Ann Doukas

Steven Doukas

All three people above were present the afternoon Kodiak was killed and witnessed the killing as well as statements beforehand and Kodiak's condition.

The below people have knowledge about Kodiak's health in the days, weeks and months preceding his killing.

**PLAINTIFF TAMARA DOUKAS'S INITIAL DISCLOSURES PER RULE 26(a) and 26(f)**          - 1 -

1   Specialist Dr. George Doering 987 Laurel St, San Carlos, CA  94070, 650-598-0968.

2   Specialist Dr. Janet Dunn PO Box 644, San Mateo, CA  94401, 650-839-0323.

3   Scout's House (therapist name unknown) 506 Santa Cruz Avenue, Menlo Park CA  94025, 650-328-1430

4   Caroline Kwan 1999 Fernside St, Redwood City, CA  94061, 510-375-7526.

5   Christopher Johnson 1999 Fernside St, Redwood City, CA  94061, 650-208-8101.

6   Specialist Dr. George Doering 987 Laurel St, San Carlos, CA  94070, 650-598-0968.

7   Specialist Dr. Janet Dunn PO Box 644, San Mateo, CA  94401, 650-839-0323

Dr. Victoria Sweet, MD
  (650) 365-2398
  1947 Alameda de las Pulgas
  Redwood City, CA  94061

b. James Knapp
  (650) 568-3402
  1959 Fernside Street
  Redwood City, CA  94061

c. Bea Moore
  (650) 368-4753
  1991 Fernside Street
  Redwood City, CA  94061

d. Gertrude Ruschoff
  (650) 366-4536
  1951 Fernside Street
  Redwood City, CA  94061

e. Donald Montalvo
  (650) 375-0600
  1967 Fernside Street
  Redwood City, CA  94061

f. Brent Roles
  (650) 365-5903
  165 Woodside Drive
  Woodside, CA  94061

**PLAINTIFF TAMARA DOUKAS'S INITIAL DISCLOSURES PER RULE 26(a) and 26(f)** - 2 -

    g.    Michelle Schneider and Lin Wang
(650) 363-8517
1930 Alameda de las Pulgas
Redwood City, CA  94061

    h.    Eric and Pamela Schneider
(650) 464-4730
1975 Fernside Street
Redwood City, CA  94061

    i.    Kumutnad Brannan
1650 Alameda de las Pulgas
Redwood City, CA  94061
(650) 367-0374

Store employees that saw Kodiak inside or just outside the store on days immediately prior to his death:

    a.    Kristina Ruble
(510) 318-0255
Pet Food Express
372 Woodside Plaza
Redwood City, CA 94061

    b.    Paolo Ceccato
(650) 591-3355
California Carpet
695 Industrial Road
San Carlos, CA  94070

Employees of Peninsula Humane Society are aware of its practices and Denardi's failure to utilize proper procedures. Employees of the San Mateo District Attorney, including Mr. Wagstaffe have knowledge of the incident.

Document Production: Plaintiff has already produced documents required by FRCP26(a)(1)(A)(ii).

Damages Computation:

Medical Bills   ---   These are expected to increase. Plaintiff believes that defendants have the current bills and records per their subpoena of same.

Plaintiff has sought medical counseling the records of which have been produced to

**PLAINTIFF TAMARA DOUKAS'S INITIAL DISCLOSURES PER RULE 26(a) and 26(f)**    - 3 -

1  Defendants. Any billing records should be in those records and have already been disclosed.

2      Loss of Income—Plaintiff currently makes $3250.00 net per month. Her estimate for her
3  earning capacity with a PhD is $10,000. This is based on the difference between Plaintiff's likely
4  salary her first year after obtaining her PhD and her actual income. In addition, in the future the
5  income differential will remain and every year she is likely to make less than she would have had
6  she obtained her PhD as scheduled until the last year of her employment.
7
8      Emotional Distress - $250,000 or more based on Plaintiff's extreme attachment to Kodiak
9  and being forced to watch him forcibly killed.

10

11  Dated: August 8, 2008                              _____s/s_____
12
                                                       Daniel Berko, Attorney for Plaintiff,
13                                                     Tamara Doukas