**Daniel Berko – SBN 94912**
**LAW OFFICE OF DANIEL BERKO**
**819 Eddy Street**
**San Francisco, CA 94109**

**Telephone: (415) 771-6174**
**Facsimile:  (415) 474-3748**

**Attorney for Plaintiff TAMARA DOUKAS**

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISCTRICT OF CALIFORNIA

### DIVISION OF SAN FRANCISCO

| | |
|---|---|
| TAMARA DOUKAS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN MATEO, a public entity, PENINSULA HUMANE SOCIETY, a private non-profit organization, DEBI DENARDI, an individual, KIM HADDAD, an individual, KKH INC, a private entity, SPIKE REAL STATE, a private entity, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CV 08 2336 SI<br><br>**PLAINTIFF TAMARA DOUKAS'S INITIAL DISCLOSURES PER RULE 26(a) and 26(f)** |

<u>Witnesses</u>

Tamara Doukas

Ann Doukas

Steven Doukas

All three people above were present the afternoon Kodiak was killed and witnessed the killing as well as statements beforehand and Kodiak's condition.

The below people have knowledge about Kodiak's health in the days, weeks and months preceding his killing.

**PLAINTIFF TAMARA DOUKAS'S INITIAL DISCLOSURES PER RULE 26(a) and 26(f)** - 1 -

1   Specialist Dr. George Doering 987 Laurel St, San Carlos, CA  94070, 650-598-0968.

2   Specialist Dr. Janet Dunn PO Box 644, San Mateo, CA  94401, 650-839-0323.

3
4   Scout's House (therapist name unknown) 506 Santa Cruz Avenue, Menlo Park CA  94025, 650-328-1430

5
6   Caroline Kwan 1999 Fernside St, Redwood City, CA  94061, 510-375-7526.

7   Christopher Johnson 1999 Fernside St, Redwood City, CA  94061, 650-208-8101.

8   Specialist Dr. George Doering 987 Laurel St, San Carlos, CA  94070, 650-598-0968.

9   Specialist Dr. Janet Dunn PO Box 644, San Mateo, CA  94401, 650-839-0323

10

11
12  Dr. Victoria Sweet, MD
        (650) 365-2398
13      1947 Alameda de las Pulgas
        Redwood City, CA  94061

14
15  b.  James Knapp
        (650) 568-3402
16      1959 Fernside Street
        Redwood City, CA  94061

17
18  c.  Bea Moore
        (650) 368-4753
19      1991 Fernside Street
        Redwood City, CA  94061

20  d.  Gertrude Ruschoff
        (650) 366-4536
21      1951 Fernside Street
22      Redwood City, CA  94061

23  e.  Donald Montalvo
        (650) 375-0600
24      1967 Fernside Street
25      Redwood City, CA  94061

26  f.  Brent Roles
        (650) 365-5903
27      165 Woodside Drive
        Woodside, CA  94061
28

**PLAINTIFF TAMARA DOUKAS'S INITIAL DISCLOSURES PER RULE 26(a) and 26(f)**           - 2 -

  g.  Michelle Schneider and Lin Wang
     (650) 363-8517
     1930 Alameda de las Pulgas
     Redwood City, CA  94061

  h.  Eric and Pamela Schneider
     (650) 464-4730
     1975 Fernside Street
     Redwood City, CA  94061

  i.  Kumutnad Brannan
     1650 Alameda de las Pulgas
     Redwood City, CA  94061
     (650) 367-0374

Store employees that saw Kodiak inside or just outside the store on days immediately prior to his death:

  a.  Kristina Ruble
     (510) 318-0255
     Pet Food Express
     372 Woodside Plaza
     Redwood City, CA 94061

  b.  Paolo Ceccato
     (650) 591-3355
     California Carpet
     695 Industrial Road
     San Carlos, CA  94070

Employees of Peninsula Humane Society are aware of its practices and Denardi's failure to utilize proper procedures. Employees of the San Mateo District Attorney, including Mr. Wagstaffe have knowledge of the incident.

Document Production: Plaintiff has already produced documents required by FRCP26(a)(1)(A)(ii).

Damages Computation:

Medical Bills   ---   These are expected to increase. Plaintiff believes that defendants have the current bills and records per their subpoena of same.

Plaintiff has sought medical counseling the records of which have been produced to

**PLAINTIFF TAMARA DOUKAS'S INITIAL DISCLOSURES PER RULE 26(a) and 26(f)**  - 3 -

1 | Defendants. Any billing records should be in those records and have already been disclosed.

2 | Loss of Income—Plaintiff currently makes $3250.00 net per month. Her estimate for her earning capacity with a PhD is $10,000. This is based on the difference between Plaintiff's likely salary her first year after obtaining her PhD and her actual income. In addition, in the future the income differential will remain and every year she is likely to make less than she would have had she obtained her PhD as scheduled until the last year of her employment.

Emotional Distress - $250,000 or more based on Plaintiff's extreme attachment to Kodiak and being forced to watch him forcibly killed.

Dated: August 8, 2008                                    _____s/s_____

                                                          Daniel Berko, Attorney for Plaintiff,
                                                          Tamara Doukas