1  **Daniel Berko – SBN 94912**
   **LAW OFFICE OF DANIEL BERKO**
2  **819 Eddy Street**
   **San Francisco, CA 94109**
3
   **Telephone: (415) 771-6174**
4  **Facsimile:  (415) 474-3748**

5
   **Attorney for Plaintiff TAMARA DOUKAS**
6

7

8                     THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISCTRICT OF CALIFORNIA

10                            DIVISION OF SAN FRANCISCO

11
   TAMARA DOUKAS, an individual,
12                                                  **CV 08 2336 SI**
                Plaintiff,
13                                                  **PLAINTIFF TAMARA DOUKAS'S**
          v.                                        **AMENDED/ERRATA INITIAL**
14                                                  **DISCLOSURES PER RULE 26(a) and 26(f)**
   COUNTY OF SAN MATEO, a public entity,
15 PENINSULA HUMANE SOCIETY, a private
   non-profit organization, DEBI DENARDI, an
16 individual, KIM HADDAD, an individual,
   KKH INC, a private entity, SPIKE REAL
17 STATE, a private entity, and DOES 1 through
   50, inclusive,
18
                Defendants.
19

20         Witnesses

21         Tamara Doukas

22         Ann Doukas

23         Steven Doukas

24
           All three people above were present the afternoon Kodiak was killed and witnessed the
25
   killing as well as statements beforehand and Kodiak's condition.
26
           The below people have knowledge about Kodiak's health in the days, weeks and months
27
28 preceding his killing.

**PLAINTIFF TAMARA DOUKAS'S AMENDED/ERRATA INITIAL DISCLOSURES PER RULE 26(a) and 26(f)**

1      Specialist Dr. George Doering 987 Laurel St, San Carlos, CA  94070, 650-598-0968.

2      Specialist Dr. Janet Dunn PO Box 644, San Mateo, CA  94401, 650-839-0323.

3      Scout's House (therapist name unknown) 506 Santa Cruz Avenue, Menlo Park CA  94025, 650-328-1430

4

5      Caroline Kwan 1999 Fernside St, Redwood City, CA  94061, 510-375-7526.

6

7      Christopher Johnson 1999 Fernside St, Redwood City, CA  94061, 650-208-8101.

8      Specialist Dr. George Doering 987 Laurel St, San Carlos, CA  94070, 650-598-0968.

9      Specialist Dr. Janet Dunn PO Box 644, San Mateo, CA  94401, 650-839-0323

10

11
        Dr. Victoria Sweet, MD
12              (650) 365-2398
                1947 Alameda de las Pulgas
13              Redwood City, CA  94061

14      b.      James Knapp
                (650) 568-3402
15              1959 Fernside Street
                Redwood City, CA  94061
16

17      c.      Bea Moore
                (650) 368-4753
18              1991 Fernside Street
                Redwood City, CA  94061
19

20      d.      Gertrude Ruschoff
                (650) 366-4536
21              1951 Fernside Street
                Redwood City, CA  94061
22

23      e.      Donald Montalvo
                (650) 375-0600
24              1967 Fernside Street
                Redwood City, CA  94061
25

26      f.      Brent Roles
                (650) 365-5903
27              165 Woodside Drive
                Woodside, CA  94061
28

**PLAINTIFF TAMARA DOUKAS'S AMENDED/ERRATA INITIAL DISCLOSURES PER RULE 26(a) and 26(f)**

- 2 -

g.  Michelle Schneider and Lin Wang
    (650) 363-8517
    1930 Alameda de las Pulgas
    Redwood City, CA  94061

h.  Eric and Pamela Schneider
    (650) 464-4730
    1975 Fernside Street
    Redwood City, CA  94061

i.  Kumutnad Brannan
    1650 Alameda de las Pulgas
    Redwood City, CA  94061
    (650) 367-0374

Store employees that saw Kodiak inside or just outside the store on days immediately prior to his death:

a.  Kristina Ruble
    (510) 318-0255
    Pet Food Express
    372 Woodside Plaza
    Redwood City, CA 94061

b.  Paolo Ceccato
    (650) 591-3355
    California Carpet
    695 Industrial Road
    San Carlos, CA  94070

Employees of Peninsula Humane Society are aware of its practices and Denardi's failure to utilize proper procedures.  Employees of the San Mateo District Attorney, including Mr. Wagstaffe have knowledge of the incident.

Document Production: Plaintiff has already produced documents required by FRCP26(a)(1)(A)(ii).

Damages Computation:

Medical Bills   ---   These are expected to increase. Plaintiff believes that defendants have the current bills and records per their subpoena of same.

Plaintiff has sought medical counseling the records of which have been produced to

**PLAINTIFF TAMARA DOUKAS'S AMENDED/ERRATA INITIAL DISCLOSURES PER RULE 26(a) and 26(f)**
- 3 -

1  Defendants. Any billing records should be in those records and have already been disclosed.

2  Loss of Income—Plaintiff currently makes $3250.00 net per month. Her estimate for her earning capacity with a PhD is $10,000. This is based on the difference between Plaintiff's likely salary her first year after obtaining her PhD and her actual income. In addition, in the future the income differential will remain and every year she is likely to make less than she would have had she obtained her PhD as scheduled until the last year of her employment.

Emotional Distress - $250,000 or more based on Plaintiff's extreme attachment to Kodiak and being forced to watch him forcibly killed.

Punitive Damages of $500,000.00 or greater against PHS.

Punitive Damages of $25,000.00 against Debi Denardi.

Punitive Damages of $35,000.00 against Kim Haddad.

Statutory Damages against each defendant as permitted by Civil Code 52.1 and 52 including $25,000 per liable defendant and three times actual damage but not less than $4,000 against each defendant. Actual damage means all compensatory damages alleged above and shown by the evidence at trial.

Dated: August 11, 2008                              _____s/s_____

                                                    Daniel Berko, Attorney for Plaintiff,
                                                    Tamara Doukas

**PLAINTIFF TAMARA DOUKAS'S AMENDED/ERRATA INITIAL DISCLOSURES PER RULE 26(a) and 26(f)**
- 4 -