**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/15/08

Case No.   C-08-2336 SI          Judge:   SUSAN ILLSTON

Title: TAMARA DOUKAS -v- SAN MATEO

Attorneys: Berko, Ferrara, Spinelli, Custer

Deputy Clerk: Tracy Sutton   Court Reporter: none

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                       PART

Case continued to **10/10/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **10/3/08   @ 9:00 a.m.**  for Motions
(Motion due **8/29/08**, Opposition **9/12/08** Reply **9/19/08**)

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court will issue an order to show cause re: jurisdiction.