IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMARA DOUKAS,

        Plaintiff,

  v.

COUNTY OF SAN MATEO, PENINSULA HUMANE SOCIETY, DEBI DENARDI, KIM HADDAD, KKH INC., SPIKE REAL ESTATE, et al.,

        Defendants.
                              /

No. C 08-2336 SI

**ORDER TO SHOW CAUSE RE JURISDICTION**

Plaintiff has premised the jurisdiction of this court on 42 U.S.C. § 1983, which requires both violation of plaintiff's constitutional rights and action under color of law. Neither is clear to the Court from the allegations of the complaint. Accordingly, plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for lack of federal jurisdiction, as to all or any of the defendants. In accordance with the schedule agreed to at the Case Management Conference on August 15, 2008, plaintiff's opening brief is due August 29, 2008; defendants' opposition, if any, is due September 12, 2008; plaintiff's reply, if any, is due September 19, 2008; and oral argument shall be heard on October 3, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 19, 2008

SUSAN ILLSTON
United States District Judge