Daniel Berko – SBN 94912
LAW OFFICE OF DANIEL BERKO
819 Eddy St.
San Francisco, CA 94019
Telephone: (415)771-6174

Attorney for Plaintiff,
TAMARA DOUKAS

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# DIVISION OF SAN FRANCISCO

| | |
|---|---|
| TAMARA DOUKAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO, a public entity, PENINSULA HUMANE SOCIETY, a private non-profit organization, DEBI DENARDI, an individual, KIM HADDAD, an individual, KKH INC, a private entity, SPIKE REAL STATE, a private entity and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 08 2336 SI<br><br>**DECLARATION OF CARLOS JATO IN SUPPORT OF PLAINTIFF'S OPENING BRIEF RE JURISDICTION**<br><br>Hearing Date/Time: October 3, 2008 9:00 a.m.<br>Hearing Judge: Hon. Susan Illston |

I, Carlos Jato declare:

1. That I am a Spanish citizen, residing in the United States of America for one year so far.

2. That I worked as a lawyer in Spain and now work at the Law Office of Daniel Berko, as a paralegal. In that capacity, I work and maintain the records of discovery received from the Defendants in this action and in the state action, TAMARA DOUKAS v. COUNTY OF SAN MATEO et al CIV461009 (the "State Action").

DECLARATION OF CARLOS JATO

3. In the State Action, Plaintiff propounded discovery to defendant Peninsula Humane Society (hereinafter "PHS") seeking documents relevant to the issues in this case.

4. Defendant PENINSULA HUMANE SOCIETY provided Plaintiff with documents on April 18, 2008 (Bates numbers "PHS000001-PHS000354") as their response to Plaintiff's Demand for Production of Documents Set One.

5. All exhibits attached to this declaration were received by Plaintiff from PHS as part of their document production, except for exhibit "F" which is a courtesy copy of one of the California laws cited in the brief.

6. Exhibit "A" is a true copy of "PHS000224", a Resolution of Reappointment signed by the Judge George A. Miram approving the designation as Humane Officer of Defendant DEBI DENARDI.

7. Exhibit "B" is a true copy of "PHS000117", a summary of the incident, drafted by Defendant Dr. HADDAD, which was also provided by HADDAD in her responses to Plaintiff's Demand for Production of Documents Set One, Bated as "HAD-0078", on April 7, 2008.

8. Exhibit "C" are true copies of "PHS000307-PHS000308", an excerpt of the contract between PHS and the County of San Mateo detailing the agreement between the PHS and the County for PHS to police the County's animal control laws. Plaintiff includes only this excerpt instead of the entire contract, as it's undisputable that this is part of the contract between Defendants and the contract is lengthy and not needed for this motion.

9. Exhibit "D" is a true copy of "PHS00010", the Post-Seizure Notice purportedly written by Officer DENARDI.

10. Exhibit "E" is a true copy of "PHS000251", a letter from the County of San Mateo demanding defendant Peninsula Humane Society indemnify the County from the claims

DECLARATION OF CARLOS JATO

2

made by Plaintiff in this action. (The pending lawsuit referenced in the letter was the State Action, the allegations are essentially the same as this action.)

11. Plaintiff also attaches as Exhibit "F" of this declaration §14502 of the California Corporations Code. This is provided as a courtesy to the Court as it is discussed in *Brunette v Humane Society of Ventura County* 294 F.3d 1205.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 29, 2008, at San Francisco, California.

_____
CARLOS JATO

DECLARATION OF CARLOS JATO

3