**Exhibit "A"**





# DEPARTMENT OF ANIMAL CONTROL SERVICES
## PENINSULA HUMANE SOCIETY
12 Airport Blvd., San Mateo, CA 94401 • (650) 340-8200

### RESOLUTION OF REAPPOINTMENT

We, the Board of Directors of the Peninsula Humane Society & SPCA for the Prevention of Cruelty to Animals, 12 Airport Blvd., San Mateo, California, in a Regular Board Meeting on the 31st day of May, 2005 did, by a majority vote, pass the following Resolution: BE IT HEREBY RESOLVED, That we, by the authority vested in us under Corporations 14502 of the Civil Code of the State of California, do hereby appoint:

### Debi DeNardi

a citizen of this State, as a Humane Officer of this Corporation and authorize him/her to carry the official badge of this Corporation, Debi DeNardi #20 IN WITNESS THEREOF, We have caused to be affixed hereto the Official Seal of this Corporation on this 31st day of May, 2005.

_____        _____
Chair                                                        Secretary

The above appointment is approved by me this __8th__ day of __June__, 20__05__.

_____
Judge of the Superior Court of the State of California,
in and for the County of San Mateo

I, Debi DeNardi #20 do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic: that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

I do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of California, and that I will faithfully discharge the duties of the office of Humane Officer according to the best of my abilities.

OFFICER'S SIGNATURE
_____

Sworn and subscribed before me this

__3rd__ day of __November__, 20__05__.

_____
Clerk of the Superior Court of the State of
California, in and for the County of San Mateo

PHS000224