**Exhibit "B"**

# MEDIC● ●OTE TEMPLATE INFO●●●ATION

**Patient:** 242 KODIAK
**Species:** CANINE        **Breed:** ALASKAN MALAMUTE
**Age:** 13 Yrs. 2 Mos.    **Sex:** Male              **Weight:** 81.5 pounds
**Date:** 08/02/2006       **Staff:** KH Kim K. Haddad DVM
**Status:**

## Comments

2:40 pm Consulted with HU after she examined and began to treat Kodiak. She expressed concerns about the dog and felt the owner was in denial and not capable of grasping the severity of the dogs condition. She said she discussed euthanasia with the owner but felt the owner was not really hearing what she said. Shortly thereafter, a veterinary technician came upstairs and expressed concerns about the dog and said that the owner was not understanding the severity of the situation. I went to evaluate the dog.
S: The dog was in lateral recumbancy on the treatment room floor. He was receiving IV fluids and had received IV antibiotics. No other medications had been administered. Blood was collected for PCV/TP.
O: T: 104; MM:tacky, pale. HR: 160; rapid shallow respiration, abdominal effort to respiration. Dog was vocalizing and had intermittent agonal breaths. Significant muscle atrophy of rear legs. Dog had malodorous tarry looking feces caked around perineum, dribbling urine. Fecal hemaoccult: strong positive. Lung sounds harsh-no detectable murmur. Foxtail tract lateral thorax area.
Asked D to come into treatment room and told her I felt the dog was very ill with a very grave prognosis and suggested she consider euthanasia as I felt he was suffering and actually looked like he was dying. During this time 12 mg Torbugesic was administered IV. Clinical signs of pain reduced slightly, but dog still clearly very uncomfortable. Vitals remained unchanged. D insisted that the dog is fine and that he is suffering from gas due to the chicken livers she had given him earlier. She indicated that he was fine at 12:30pm that day. She had indicated otherwise earlier saying that he had been having difficulty breathing, was not walking, had diarrhea and V, and that she slept outside with him last night because he was not doing well. The collective opinion of the two present DVM's and the medical notes and recommendation of another DVM that had recently examined Kodiak was that his QOL was very poor and that the humane thing to do is to euthanize him. O again expressed that he was perfectly normal earlier and that it's just gas. Suggested to her that gas would not cause such severe signs and make him pale, dehydrated and unable to walk. I recommended euthanasia. She continued to say he was fine and wanted to see if he got better with the antibiotics. She wanted to know what was wrong with him—I did tell her that I did not have a definitive diagnosis for her, but that my opinion was based on his current presentation, his history over the past month and the recommendations of MW on her last exam of Kodiak. Our presumptive diagnosis was diffuse neoplasia of either GI or hepatic origin.
At this time I called Debbie Denardi of Animal Control to get her suggestion on how to handle this situation. Officer Denardi came down and I briefed her on the case. She went in and had a discussion with Ms. Doukas and tried to talk to her about his QOL. She stayed with Ms. Doukas while she called her father and he came down. Over the next 2 hours Ms. Doukas and her father and Officer Denardi evaluated and discussed Kodiak. Mr. Doukas seemed to understand that Kodiak was suffering, and tried to impress this upon his daughter. He asked if we could put him in a coma for the night and see how he does in the morning. I said that I could and would not do that. We discussed running additional tests. I stated we could run all sorts of tests, but that I felt we should evaluate Kodiak as he currently presents and need to recognize that he is suffering and that we can end his suffering humanely. When it became clear that Ms. Doukas was not going to authorize euthanasia, Officer Denardi advised Mr. Doukas that he had 30 minutes to either decide to euthanize Kodiak at SMAH, or she was going to take him to PHS for euthanasia because the dog is clearly suffering and that she was confiscating the dog. Shortly thereafter, the owner's mother came done and tried to talk with her daughter. She called MW to get her opinion. MW also spoke with Ms. Doukas and Mr Doukas. Mr and Mrs Doukas seemed to agree that it was time to euthanize Kodiak and they tried to get the daughter to accept this sad reality. At 5:30pm Officer Denardi indicated that it was time for them to decide where Kodiak would be euthanized. Shortly thereafer, I administered 12 mls Euthasol IV. Kodiak passed peacefully at 6:00pm. Ms. Doukas said with Kodiak for 30 minutes and then the owners took Kodiak and left to bury him at home.

PHS000117

San Mateo Animal Hospital              Page 1 of 1              Date: 09/25/2006 16:07