Exhibit "C"

## EXHIBIT C

## ANIMAL CONTROL FEES

The following are Animal Control Fees as described in Section "C", Paragraph 2 of the Agreement, to be charged to the party taking responsibility and collected by Contractor for the service and to be paid to the County by Contractor:

I.   Redemption Charges

    a)   Impound Charges and Board Costs

        For all animals except wildlife, unless such wildlife is legally under permit for possession by a private citizen, including Vincent Bill Unaltered impound fees.

    b)   Transportation/Trailering Costs

        Equine, Swine, Bovine, Sheep, Goats, and any other animals Contractor deems advisable to move by trailering.

    c)   Private Property animal rescue costs.

II.  Miscellaneous Charges

    a)   Surrender animal fees

    b)   Dead animal pick-up and disposal fees in public areas

    c)   Euthanasia fees

d) Trap rental

e) Adoption Fees, with the exception of costs associated with implantation of micro-chips and $5.00 per adoption fee to be retained by the Contractor.

f) Dead animal pick-up on private property

III. Citation Clearance

IV. Property Inspections

V. Animal License fees

The above fees are set by Ordinance or Resolution of the responsible City or County. There may be certain services that Contractor performs for which no fee has been determined. In these circumstances, County and/or the respective City shall determine fees to be charged to the responsible party.