**Exhibit "D"**



D

# DEPARTMENT OF ANIMAL CONTROL SERVICES
# PENINSULA HUMANE SOCIETY

12 Airport Blvd., San Mateo, CA 94401 • (650) 340-8200

## POST-SEIZURE NOTICE

Case # **06-091986**   Date **8-2-06**   Time **5:30 p.m.**

Under the authority of Penal Code Section 597.1, the animal(s) described below was/were seized in violation of the following Penal Code:

CODE SECTION AND DESCRIPTION: **597(b) inadequate care and attention.**

ANIMALS SEIZED FROM: (ADDRESS AND LOCATION) **San Mateo Animal Hospital, 2320 Palm Ave, San Mateo**

ANIMALS DESCRIPTION(S) **Canine, Alaskan Malamute, 13 years, 2 months, male "KODIAK"**

CIRCUMSTANCES: **Geriatric dog — failing. Haddad DVM & Ulla DVM both recommend euthanasia — owner refused.**

- **STATEMENT:** The owner or person authorized to keep the animal(s) or his/her agent may request a post-seizure hearing by returning the enclosed declaration within 10 days, including holidays/weekends, of the NOTICE date. Return the declaration by personal delivery or mail.

- **STATEMENT:** Costs for care/treatment of animal(s) properly seized are liens against the animal(s). No animal will be returned until liens are paid. Failure to request or attend a scheduled hearing shall result in liability for the costs.

- **STATEMENT:** Pursuant to Civil Code 1834.5, animals will be deemed abandoned 14 days after notification of seizure and shall become the property of the Peninsula Humane Society. All fees and costs for care and treatment are considered liens and are due and payable in full at the time of release.

OFFICER'S SIGNATURE AND BADGE # **[signature] #20**   EXTENSION # **320**

**DENARDI**

PHS000105