Exhibit "E"

**COUNTY COUNSEL**
THOMAS F. CASEY III

**ASSISTANT COUNTY COUNSEL**
MICHAEL P. MURPHY

**CHIEF DEPUTIES**
JOHN C. BEIERS
BRENDA B. CARLSON



# COUNTY COUNSEL
### COUNTY OF SAN MATEO
HALL OF JUSTICE AND RECORDS • 6TH FLOOR
400 COUNTY CENTER • REDWOOD CITY, CA 94063-1662
TELEPHONE: (650) 363-4250 • FACSIMILE: (650) 363-4034
*Please respond to: (650) 363-4749*

**DEPUTIES**
KATHRYN E. ALBERTI
REBECCA M. ARCHER
AIMEE B. ARMSBY
DEBORAH PENNY BENNETT
PETER K. FINCK
TIMOTHY J. FOX
PORTOR GOLTZ
LEIGH HERMAN
JUDITH A. HOLIBER
KIMBERLY A. MARLOW
JOHN D. NIBBELIN
PAUL A. OKADA
MARY K. RAFTERY
DAVID A. SILBERMAN
WILLIAM E. SMITH
MIRUNI SOOSAIPILLAI
V. RAYMOND SWOPE III
LEE A. THOMPSON
EUGENE WHITLOCK
CAROL L. WOODWARD

March 14, 2007

<u>*Via E-Mail (kwhite@peninsulahumanesociety.org) and U.S. Mail*</u>

Ken White, President
Peninsula Humane Society & SPCA
12 Airport Blvd
San Mateo, CA 94401

    Re:    Tender Pursuant to Agreement of: *Doukas v. County of San Mateo*, CIV 461009 and *Wherry v. County of San Mateo*, CIV 461010

Dear Mr. White:

    I write to follow up on my conversation yesterday with your attorney Amy Briggs. During that call this Office informed Ms. Briggs of our intent to tender the above-captioned cases to PHS for both defense and indemnification. She asked that we put the request in writing.

    Accordingly, the County hereby formally tenders to PHS for both defense and indemnification *Doukas v. County of San Mateo, et al.*, CIV 461009 and *Wherry v. County of San Mateo, et al.*, Civ. 461010 pursuant to Section D. **GENERAL PROVISIONS**, subsection 3 **Hold Harmless and Indemnification** of our Animal Control Services and Shelter Services Agreement. I have attached copies of the *Wherry* complaint and the amended *Doukas* complaint for your reference. The *Wherry* and original *Doukas* complaints were both served on February 22, 2007. The amended *Doukas* complaint was served on March 13, 2007.

    This Office had begun researching a demurrer with respect to the County and would be happy to share that research with your counsel and provide additional assistance where appropriate. We would also ask that you keep this Office current with respect to all material case developments, including but not limited to whether your insurance carrier will be appointing independent counsel for the County. As to both, please have your counsel contact the undersigned at their convenience.

PHS - 251

Ken White, President
March 14, 2007
Page 2

    If you have any questions or concerns regarding this letter, please let me know as soon as possible.

    Very truly yours,

    THOMAS F. CASEY III, COUNTY COUNSEL

By: *David Silberman*
David A. Silberman, Deputy

TFC:DAS/cc

cc: Amy Briggs (via abriggs@steefel.com)


L:\CLIENT\A_DEPTS\ANIMAL\2007\PHS Tender Letter.doc