1

2   Daniel Berko – SBN 94912
    LAW OFFICE OF DANIEL BERKO
3   819 Eddy St.
    San Francisco, CA 94019
4   Telephone: (415)771-6174

5   Attorney for Plaintiff,
    TAMARA DOUKAS

6

7                    **THE UNITED STATES DISTRICT COURT**

8              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                    **DIVISION OF SAN FRANCISCO**

10

11  TAMARA DOUKAS, an individual,            Case No.: 08 2336 SI

12              Plaintiff,                    **DECLARATION OF TAMARA DOUKAS**
                                              **IN SUPPORT OF PLAINTIFF'S BRIEF**
13          vs.                               **RE: JURISDICTION**

14  COUNTY OF SAN MATEO, a public            **Hearing Date/Time:** October 3, 2008 9:00 a.m.
    entity, PENINSULA HUMANE               **Hearing Judge: Hon.** Susan Illston
15  SOCIETY,  a private non-profit
    organization, DEBI DENARDI, an
16  individual, KIM HADDAD, an
    individual, and DOES 1 through 50,
17  inclusive,

18              Defendants.

19
            I, Tamara Doukas, declare:
20
            1.  I am the Plaintiff in this action.
21
            2.  My qualifications include:
22
                a.  With my medical background and responsible care for Kodiak over 13 years, I
23
                    had full knowledge of Kodiak's medical history and health status.
24
                b.  PhD candidate at Stanford University School of Medicine in the Department
26
    _____
    DECLARATION OF TAMARA DOUKAS
27
                                    1
28

of Microbiology and Immunology

   c.  Master of Science degree in Biological Sciences from Stanford University

   d.  Editor-in-Chief Emeritus and Science Advisor of Stanford Scientific Magazine

   e.  Scientific/Biological Researcher at NASA Ames Research Center

   f.  Research consultant, Department of Electrical Engineering, Stanford University

   g.  One of the central volunteer members of the Bay Area's animal rescue and rehabilitation organization "Mickaboo Bird Rescue"

   h.  Volunteer at rescue organization "California Chinchilla Rescue"

   i.  Science and math tutor to kids of all ages

3. On August 2, 2006,  I took my dog Kodiak to the San Mateo Animal Hospital due to an acute illness caused by the consumption of a very large amount of chicken liver. At the time, Kodiak was 13 years old, and I would compare him to an 80 year old person. He was aging, but basically healthy and enjoying a very full and happy life, taking daily walks with me and receiving excellent care.  He quite possibly could have had another year of quality life left.  At the time of the incident and now, my opinion based on his medical records, visits with different veterinarians, and based on my knowledge of medicine, is that his medical records show that he was an elderly dog who was in general good health.  Additionally, the Alaskan Malamute life span is 12-15 years, and his mother lived to be almost 15.

4.  I am blessed with many friends and close family and what I consider to be a very successful career. But Kodiak was my best friend for 13 years, and I deeply loved

DECLARATION OF TAMARA DOUKAS

2

him. I always took extremely good care of him and I was very attentive to him and his quality of life.

5. On August 2, 2006, Officer Debi Denardi appeared at the San Mateo Animal Hospital without prior notice to me, ½ hour after I arrived there with Kodiak. Refusing to give Kodiak diagnostic testing or treatment, Denardi and Haddad spent 3 hours demanding that Kodiak be killed immediately. They refused to perform any diagnostic testing or treatment.  They would not allow me to leave the hospital in order to obtain vet care elsewhere from any other vet.  Haddad expressed that her personal opinion is that old animals and humans should be put to sleep, and she declared that she had the authority to enforce euthanasia of an old animal.  I asked for the right to have a second opinion, and they declined.  Denardi told me that "This dog is not leaving this hospital alive."

6. No rational person could honestly state that I consented to Denardi, Haddad, or any other person killing Kodiak.  He was forcibly killed over my objections.  I did not physically interfere due to my understanding that Denardi was a police officer who declared that I would be charged with felony animal abuse if I tried to receive medical care for Kodiak or defy her commands to have Kodiak immediately put to sleep.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 29, 2008, at Palo Alto, San Francisco, CA.

/S/
TAMMY DOUKAS

DECLARATION OF TAMARA DOUKAS

3