Peter J. Van Zandt – SBN 152321
Brian S. Whittemore – SBN 241631
BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA, LLP
601 California Street, 16th Floor
San Francisco, CA 94108
Telephone: (415) 981-5411
Facsimile: (415) 981-0352

Attorneys for Defendants KIM HADDAD, KKH INC., SPIKE REAL ESTATE, LLC
(erroneously sued herein as SPIKE REAL STATE)

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIVISION OF SAN FRANCISCO

| | |
|---|---|
| TAMARA DOUKAS, an individual,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF SAN MATEO, a public entity, PENINSULA HUMANE SOCIETY, a private non-profit organization, DEBI DENARDI, an individual, KIM HADDAD, an individual, KKH INC., a private entity, SPIKE REAL ESTATE, LLC, a private entity, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. CV-02336-SI<br><br>**DECLARATION OF PETER J. VAN ZANDT IN SUPPORT OF DEFENDANTS DR. KIM HADDAD, KKH, INC. AND SPIKE REAL ESTATE'S RESPONSE TO PLAINTIFF'S OPENING BRIEF RE JURISDICTION**<br><br>Date: October 3, 2008<br>Time: 9:00 am<br>Judge: Hon. Susan Illston<br><br>Complaint Filed: May 6, 2008 |

I, Peter J. Van Zandt, declare:

1. I am an attorney duly licensed to practice law before all courts in the State of California, and am a partner in the law firm of Bledsoe, Cathcart, Diestel, Pederson & Treppa, LLP, attorneys of record herein for defendant KIM HADDAD ("Defendant"), in the above-referenced action.

2. I have personal knowledge of all facts stated herein, and if called as a witness could and would competently testify to them under oath.

1
DECLARATION OF PETER J. VAN ZANDT I/S/O DEFENDANT HADDAD'S RESPONSE TO PLTF'S OPENING BRIEF RE: JURISDICTION

3. Attached hereto as Exhibit A is a true and correct copy of plaintiff TAMARA DOUKAS' Statement of Damages.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed this 11th day of September, 2008 at San Francisco, California.

_____
Peter J. Van Zandt

# EXHIBIT A

- DO NOT FILE WITH THE COURT -
- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: 415-621-4500 | FOR COURT USE ONLY |
|---|---|---|
| MARK L. WEBB (SBN 067959)<br>LAW OFFICES OF MARK L. WEBB<br>414 GOUGH ST., #2<br>SAN FRANCISCO, CA 94102 | | |

ATTORNEY FOR (name): PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS: 400 COUNTY CENTER
CITY AND ZIP CODE: REDWOOD CITY, CA 94063
BRANCH NAME: SAN MATEO

PLAINTIFF: TAMARA DOUKAS
DEFENDANT: COUNTY OF SAN MATEO, et al.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: CIV 461009

To (name of one defendant only): KIM HADDAD
Plaintiff (name of one plaintiff only): TAMARA DOUKAS
seeks damages in the above-entitled action, as follows:

1. **General damages**                                                                         AMOUNT
   a. [X] Pain, suffering, and inconvenience ............................................. $ 250,000
   b. [X] Emotional distress ................................................................ $ 250,000
   c. [ ] Loss of consortium ................................................................. $ _____
   d. [ ] Loss of society and companionship (wrongful death actions only) ................ $ _____
   e. [ ] Other (specify) ..................................................................... $ _____
   f. [ ] Other (specify) ..................................................................... $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [ ] Medical expenses (to date) ........................................................ $ _____
   b. [ ] Future medical expenses (present value) ......................................... $ _____
   c. [ ] Loss of earnings (to date) .......................................................... $ _____
   d. [ ] Loss of future earning capacity (present value) ................................... $ _____
   e. [X] Property damage ................................................................... $ 1,000
   f. [ ] Funeral expenses (wrongful death actions only) .................................. $ _____
   g. [ ] Future contributions (present value) (wrongful death actions only) ............. $ _____
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ... $ _____
   i. [ ] Other (specify) ..................................................................... $ _____
   j. [ ] Other (specify) ..................................................................... $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages**: Plaintiff reserves the right to seek punitive damages in the amount of (specify). $ _____
       when pursuing a judgment in the suit filed against you.

Date: FEBRUARY 21, 2006

MARK L. WEBB (SBN 067959)
(TYPE OR PRINT NAME)

▶ /s/ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 425.11, 425.115