KEVIN M. SMITH, BAR NO. 97920
BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone:   (415) 464-8888
Facsimile:    (415) 464-8887

Attorneys for Defendants
PENINSULA HUMANE SOCIETY
and DEBI DENARDI

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIVISION OF SAN FRANCISCO

| | |
|---|---|
| TAMARA DOUKAS, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>   Defendants. | No. CV-08-2336-SI<br><br>**DECLARATION OF KEVIN M. SMITH IN SUPPORT OF DEFENDANTS' BRIEF IN RESPONSE TO PLAINTIFF'S "SHOW CAUSE" OPENING BRIEF RE: JURISDICTION**<br><br>**[FRCP Rule 201(b)(2)]**<br><br>Date:  October 3, 2008<br>Time:  9:00 a.m.<br>Dept.:  10<br><br>Honorable Susan Ilston |

I, Kevin M. Smith, hereby declare:

1. I am an attorney duly licensed to practice law before all Courts of the State of California, and am a member of the law firm of Bradley, Curley, Asiano, Barrabee & Gale, P.C., attorneys of record and co-counsel for Defendants Peninsula Humane Society and Debi Denardi.

2. I have personal knowledge of all facts stated herein, and if called as a witness, I could and would competently testify thereto.

3. Attached hereto as Exhibit "1" is a true and correct copy of Plaintiff's Fifth Amended Complaint which Plaintiff seeks to file in San Mateo County Superior Court Case No. 461 009.

- 1 -

4. It is anticipated Plaintiff will seek leave of San Mateo County Superior Court to file her amended pleading within the next thirty (30) days as Defendants are not willing to stipulate to same.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Executed this 9th day of September 2008, at Larkspur, California.



_____
Kevin M. Smith

F:\DOCS\ADMI\7180\P\Dec of KMS for Defendants' Brief in Reponse Re Jurisdiction.wpd