UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 10/3/08

Case No.   C-08-2336 SI            Judge:   SUSAN ILLSTON

Title: TAMARA DOUKAS -v- SAN MATEO

Attorneys: D. Berko           C. Custer, D. Bishop, M. Spinelli, K. Smith

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

## PROCEEDINGS

1)   Show Cause Re: Jurisdiction - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   (X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( x ) SUBMITTED PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (: Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
This case will not be dismissed.