Exh. "A"

# Carlos Jato

| | |
|---|---|
| **From:** | Carlos Jato [cgjato@gmail.com] |
| **Sent:** | Thursday, October 09, 2008 11:25 AM |
| **To:** | Brian S. Whittemore; Charles S. Custer; Dwight Bishop; Kevin Smith; Peter J. Van Zandt |
| **Cc:** | DANIEL BERKO |
| **Subject:** | JOINT CMC STATEMENT for DOUKAS CMC on October 10, 2008 (C#-08-2336-SI) |

Dear Counsel,

We received yesterday an email from Tracy Sutton (Judge Illston calendar clerk) requesting the e.filing of a joint CMC statement, Plaintiff is wondering whether or not your clients are willing to do so.
Mr. Berko is out of the office today due to the Jewish holiday, for this reason I would be grateful if you CC me in your response to this communication as well.

Please advice as soon as possible.
Regards,

Carlos Jato


Law Offices of Daniel Berko
819 Eddy St.
San Francisco, CA 94109
Tel: (415)771-6174
Fax: (415)474-3748



CC. Charles S. Custer (via facsimile)

1