| | |
|---|---|
| CHARLES S. CUSTER (SBN: 124270)<br>ccuster@gordonrees.com<br>JON C. YONEMITSU (SBN: 199026)<br>jyonemitsu@gordonrees.com<br>GORDON & REES, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br><br>Attorneys for Defendants<br>COUNTY OF SAN MATEO, PENINSULA<br>HUMANE SOCIETY and DEBI DENARDI | DWIGHT BISHOP (SBN 037381)<br>dbb@sbcglobal.net<br>DWIGHT B. BISHOP, INC.<br>1511 Treat Blvd., #400<br>Walnut Creek, CA 94596<br>Telephone: (925) 939-2544<br>Facsimile: (925) 939-8366<br><br><br><br><br><br>Attorneys for Defendants<br>PENINSULA HUMANE SOCIETY<br>and DEBI DENARDI |

KEVIN SMITH (SBN 97920)
ksmith@professionals-law.com
BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 986-8887

Attorneys for Defendants
PENINSULA HUMANE SOCIETY,
DEBI DENARDI, and COUNTY OF SAN MATEO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DOUKAS, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>COUNTY OF SAN MATEO, a public entity;<br>PENINSULA HUMANE SOCIETY, a private<br>non-profit organization; DEBI DENARDI, an<br>individual; KIM HADDAD, an individual, and<br>DOES 1 through 50, inclusive,<br><br>                    Defendants. | CASE NO. CV 08-2336 SI<br><br>**JOINDER IN DEFENDANTS KIM HADDAD, KKH, INC. AND SPIKE REAL ESTATE'S RESPONSE** |

Defendants PENINSULA HUMANE SOCIETY, DEBI DENARDI and COUNTY OF SAN MATEO hereby join in defendants Kim Haddad, KKH, Inc. and Spike Real Estate's Response to Order to Show Cause Why Federal Case Should Not be Stayed Pending Resolution of State Court Case.

-1-

-2-

| | |
|---|---|
| 1  Dated: October 24, 2008 | Gordon & Rees LLP |
| 2 | |
| 3 | By   / s / <br> Charles S. Custer <br> Jon C. Yonemitsu <br> Attorneys for Defendants <br> PENINSULA HUMANE SOCIETY, <br> DEBI DENARDI and COUNTY OF SAN MATEO |

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

JOINDER

-2-

CASE NO. CV 08-02336 SI