Daniel Berko – SBN 94912
LAW OFFICE OF DANIEL BERKO
819 Eddy St.
San Francisco, CA 94019
Telephone: (415)771-6174

Attorney for Plaintiff,
TAMARA DOUKAS

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# DIVISION OF SAN FRANCISCO

| | |
|---|---|
| TAMARA DOUKAS, an individual, | Case No.: 08 2336 SI |
| Plaintiff, | **DECLARATION OF DANIEL BERKO IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE. STAY** |
| vs. | |
| COUNTY OF SAN MATEO, a public entity, PENINSULA HUMANE SOCIETY, a private non-profit organization, DEBI DENARDI, an individual, KIM HADDAD, an individual, KKH INC, a private entity, SPIKE REAL STATE, a private entity and DOES 1 through 50, inclusive, | **Hearing Judge: Hon. Susan Illston** |
| Defendants. | |

I, Daniel Berko, declare:

1.    I am an attorney licensed to practice law before all the courts of the State of California and attorney of record for Plaintiff Tammy Doukas.

2.    I requested that defense counsel stipulate to the filing of a fifth amended complaint in the state court. Denardi's attorneys first stated they would stipulate and then reneged. Because they would not stipulate, my client was forced to incur substantial attorney and staff time to file

DECLARATION OF DANIEL BERKO

a motion for leave to file a Fifth Amended Complaint. Denardi attorneys then did not oppose the motion. It was granted without opposition on October 7, 2008. Denardi (and all defendants) has until approximately November 19, 2008 to respond. Denardi's "lead attorney" has stated to me opinion that there are "significant problems" with the Fifth Amended Complaint. Since I assume that there must be some logic behind the refusal to stipulate to the filing of the Fifth Amended Complaint beyond harassment and delay for its own sake, I deduce that Denardi is likely to demurrer or move to strike the Fifth Amended Complaint.

3. In the state case, Denardi has obstructed discovery at every turn. No deposition has been taken of any PHS officer, even though depositions of PHS personnel and Denardi have been repeatedly sought by Plaintiff. I first asked for an agreed date for Denardi's deposition on March 14, 2008. Not one day has ever been offered in the next more than seven months. However, I did change focus to seeking a deposition of the "Person/s Most Knowledgeable" on numerous topics of PHS. After lack of cooperation getting agreed dates, I noticed PHS's deposition for September 4, 2008. PHS objected to the date . To this day, PHS has never offered a single day to allow the deposition. Indeed, just this week, PHS's "lead counsel" asked what topics I had in mind for the deposition, even though the September 4, 2008 deposition listed 22 specific topics of the deposition.

4. There is no discovery whatever taken in the state case that is not fully applicable and relevant to this case. Discovery has focused, as one would expect, on August 2, 2006, the day Plaintiff says that her dog was killed against her will by the government officers.

5. Ironically, the very San Mateo County Superior Court judge who appointed Denardi under Corporations Code 14502, George Miriam, presided over this case and made rulings without disclosing that Denardi was appointed by him personally. I believe that judge Miriam acted at all times with only the highest integrity   However, notwithstanding that,  respectfully, I believe that his making rulings on this case without disclosing that he appointed Denardi helps demonstrate the inadequacy of the state forum.

6. It is my intention to file at my earliest possible opportunity, likely by late next week at

DECLARATION OF DANIEL BERKO

2

the latest, a motion in the state court asking that the state court action be stayed pending this case and that the San Mateo County Superior court be disqualified from hearing this case. I have nothing but respect for that court, but in light of the facts of this case, I do not believe that court can provide an impartial forum for my client's claims.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 29, 2008, at San Francisco, California.

                                  /s/  
                             DANIEL BERKO