Daniel Berko – SBN 94912
LAW OFFICE OF DANIEL BERKO
819 Eddy St.
San Francisco, CA 94019
Telephone: (415)771-6174
berkolaw@sbcglobal.net
Attorney for Plaintiff,
TAMARA DOUKAS

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## DIVISION OF SAN FRANCISCO

| | |
|---|---|
| TAMARA DOUKAS, an individual, | Case No.: 08 2336 SI |
| Plaintiff, | **EX PARTE APPLICATION FOR AN ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE** |
| vs. | |
| COUNTY OF SAN MATEO, a public entity, PENINSULA HUMANE SOCIETY, a private non-profit organization, DEBI DENARDI, an individual, KIM HADDAD, an individual, KKH INC, a private entity, SPIKE REAL STATE, a private entity and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff, TAMARA DOUKAS, hereby requests that this court issue an order dismissing this action without prejudice, although the dismissal is with prejudice to plaintiff's ability to file a new complaint in federal court. This application is based on the Declaration of Daniel Berko filed concurrently with this application.

Dated: May 18, 2009

_____/s/ Daniel Berko_____

DANIEL BERKO,
Attorney for Plaintiff TAMARA DOUKAS