1  Daniel Berko – SBN 94912
2  LAW OFFICE OF DANIEL BERKO
   819 Eddy St.
3  San Francisco, CA 94019
4  Telephone: (415)771-6174
   berkolaw@sbcglobal.net
5  Attorney for Plaintiff,
   TAMARA DOUKAS
6

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## DIVISION OF SAN FRANCISCO

| | |
|---|---|
| TAMARA DOUKAS, an individual, | Case No.: 08 2336 SI |
| Plaintiff, | **ORDER PERMITTING DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| COUNTY OF SAN MATEO, a public entity, PENINSULA HUMANE SOCIETY, a private non-profit organization, DEBI DENARDI, an individual, KIM HADDAD, an individual, KKH INC, a private entity, SPIKE REAL STATE, a private entity and DOES 1 through 50, inclusive, | |
| Defendants. | |

Upon review of Plaintiff's *ex parte* Application For An Order Dismissing This Action Without Prejudice and the declaration of Daniel Berko and finding GOOD CAUSE THEREFORE:

IT IS HEREBY ORDERED:

This action is dismissed without prejudice.

Notwithstanding that the dismissal is without prejudice, Plaintiff is barred from initiating

ORDER PERMITTING DISMISSAL WITHOUT PREJUDICE

1 | any further action in this court on the claims asserted in the complaint in this action, and can only proceed on such claims in this court if a defendant removes the state court action to this court.

Dated:

_____

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE