Daniel Berko – SBN 94912
LAW OFFICE OF DANIEL BERKO
819 Eddy St.
San Francisco, CA 94019
Telephone: (415)771-6174
berkolaw@sbcglobal.net
Attorney for Plaintiff,
TAMARA DOUKAS

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### DIVISION OF SAN FRANCISCO

| | |
|---|---|
| TAMARA DOUKAS, an individual, | Case No.: 08 2336 SI |
| Plaintiff, | **ORDER PERMITTING DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| COUNTY OF SAN MATEO, a public entity, PENINSULA HUMANE SOCIETY, a private non-profit organization, DEBI DENARDI, an individual, KIM HADDAD, an individual, KKH INC, a private entity, SPIKE REAL STATE, a private entity and DOES 1 through 50, inclusive, | |
| Defendants. | |

Upon review of Plaintiff's *ex parte* Application For An Order Dismissing This Action Without Prejudice and the declaration of Daniel Berko and finding GOOD CAUSE THEREFORE:

IT IS HEREBY ORDERED:

This action is dismissed without prejudice.

Notwithstanding that the dismissal is without prejudice, Plaintiff is barred from initiating

---

ORDER PERMITTING DISMISSAL WITHOUT PREJUDICE

any further action in this court on the claims asserted in the complaint in this action, and can only proceed on such claims in this court if a defendant removes the state court action to this court.

Dated:

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

ORDER PERMITTING DISMISSAL WITHOUT PREJUDICE
2